United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERAJUL HAQUE,

    Plaintiff(s),

vs.

UNITED STATES IMMIGRATION CUSTOMS AND ENFORCMENTS, et al.,

    Defendant(s).
_____/

No C-09-80021 Misc. MHP

**ORDER DENYING FILING OF CLAIM**

    Plaintiff has attempted to file a document styled "$10.00[sic] MILLION US DOLLAR CLAIM" in this action. There are several problems with this. First of all, plaintiff is subject to a pre-filing review order because he has been declared a vexatious litigant and many of his previous actions were dismissed. *See In re cases filed by Serajul Haque*, C-04-0231 MISC. MHP, Order filed January 24, 2005. Furthermore, in this very case this court denied the filing of the complaint based upon that order and the frivolousness of the complaint. Finally, plaintiff appealed the denial to the Ninth Circuit Court of Appeals, which dismissed his appeal, and then sought certiorari incuding seeking a rehearing before the Supreme Court, which also denied his applications.

    Now plaintiff returns to this court in the same action and recites a number of wholly inapplicable claims or claims that have already been adjudicated against him.

    Accordingly, this court finds that the newly "filed" claims are subject to pre-filing review and for the reasons state above and previously in this action, the filing is DENIED and the Clerk of Court is instructed that this new document "filed" on February 16, 2010, shall be unfiled.

Plaintiff is further instructed that he shall file no further complaints in this or any other action making the same or similar claims against any party. He has repeatedly filed frivolous claims that are nonsensical, incomprehensible and implausible. **Plaintiff continues to be deemed a vexatious litigant subject to pre-filing review and all of his submissions to the court are subject to such order**.

The Clerk of Court shall comply with this order.

IT IS SO ORDERED.

Date: __March 3, 2010__

_____
MARILYN HALL PATEL
United States District Court Judge