UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERAJUL HAQUE,

    Plaintiff(s),

vs.

USICE, et al.,

    Defendant(s).

No C-09-80021 MISC MHP

**ORDER DENYING FILING OF PAPERS**

    Plaintiff is subject to a pre-filing review order because he has been declared a vexatious litigant and many of his previous actions were dismissed. See In re cases filed by Serajul Haque, C-04-0231 MISC. MHP, Order filed January 24, 2005. He continues to submit papers of various and sundry descriptions against a variety of parties. As with earlier papers he has submitted, the papers make no sense. It is not possible to discern any particular claim or cause of action.

    Once again, plaintiff **SERAJUL HAQUE** is instructed: **DO NOT SUBMIT OR SEND ANY PAPERS TO THIS COURT. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE INITIATION OF CONTEMPT PROCEEDINGS AGAINST YOU.**

    Because plaintiff is submitting undecipherable, nonsensical material on a regular basis to this court, thus unnecessarily consuming the time of the personnel of this court, the Clerk of Court is further instructed that he shall not file, receive or lodge any further papers from plaintiff.

    IT IS SO ORDERED.

Date: March 19, 2010

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California