UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAJUL HAQUE,<br><br>           Plaintiff,<br><br>  v.<br><br>U.S. DEPT OF HOMELAND SECURITY et al,<br><br>           Defendant.<br>_____ / | Case Number: CV10-04027 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Serajul Haque
1001 South Main Street
Apt. D-122
Milpitas, CA 95035

Dated: September 13, 2010

                                          Richard W. Wieking, Clerk
                                          By: Brenda Tolbert, Deputy Clerk