UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAJUL HAQUE,<br><br>             Plaintiff(s),<br><br>  vs.<br><br>UNITED STATES IMMIGRATION CUSTOMS AND ENFORCMENT, et al.,<br><br>             Defendant(s).<br>_____/ | No C-09-80021 Misc. MHP<br><br>**ORDER DENYING MOTION TO SET ASIDE, ETC.** |

This action was closed with instructions to the plaintiff to cease filing actions related to the issues in this action and other papers in this action. *See* attached Orders, Docs. 20 and 21. Once again, plaintiff attempts to file papers in violation of these orders as he has done in this and other actions before the court. In fact, his appeal in this matter was dismissed by the Ninth Circuit and his petition to the United States Supreme Court was denied.

The renewed motion herein is **DENIED** and plaintiff is reminded that he **SHALL NOT FILE IN OR SUBMIT TO THIS COURT ANY FURTHER PAPERS IN THIS ACTION OR IN ANY OTHER MATTER RELATED TO HIS IMMIGRATION ISSUES**. **FAILURE TO OBEY THIS ORDER WILL RESULT IN SANCTIONS.**

The Clerk of Court shall lodge the motion "Received" herein on February 24, 2012, but shall not file it.

IT IS SO ORDERED.

Dated:  March 15, 2012

MARILYN HALL PATEL
United States District Judge